| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Henderoson, Karen L. | 2. Court or Organization US Circuit Court of Appeals, District of Columbia Circuit | 3. Date of Report 09/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Account | | None | K | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | K | T | | | | | |
| 3. Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 4. **Suntrust Investment Sweep Account | A | Dividend | M | T | | | | | |
| 5. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 6. Morgan Stanley Account Contains: | | | | | | | | | |
| 7. **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 8. **Morgan Stanley Money Market Fund | A | Dividend | K | T | | | | | |
| 9. **AT&T Inc,: Common | B | Dividend | K | T | | | | | |
| 10. **Alcatel-Lucent: Common | | None | | | Sold | 06/26/16 | J | A | |
| 11. **NCR Corp: Common | | None | J | T | | | | | |
| 12. **Teradat Corp: Common | | None | J | T | | | | | |
| 13. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 14. IRA: Morgan Stanley Containes: | | | | | | | | | |
| 15. **AT&T Inc: Common | C | Dividend | L | T | | | | | |
| 16. **Citgroup Inc,: Common | A | Dividend | J | T | | | | | |
| 17. **Alcatel-Lucent,: Common | | None | | | Sold | 06/26/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Intl Business Machines Corp,: Common | C | Dividend | L | T | | | | | |
| 19. **NCR Corp.: Common | | None | J | T | | | | | |
| 20. **Teradata Corp: Common | | None | J | T | | | | | |
| 21. **Morgan Stanley Cash Accounts | A | Interest | M | T | | | | | |
| 22. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 23. Merrill Lynch Account Contains: | | | | | | | | | |
| 24. **Menill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 25. Merrill Lynch IRA Contains; | | | | | | | | | |
| 26. **AT&T, Inc.: Common | B | Dividend | K | T | | | | | |
| 27. **Alcatel-Lucent: Common | | None | | | Sold | 06/02/16 | J | A | |
| 28. **Marathon Oil Corp: Common | A | Dividend | L | T | | | | | |
| 29. **Marathon Petroleum: Common | C | Dividend | M | T | | | | | |
| 30. **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 31. Wells Pargo Rollover IRA Contains: | | | | | | | | | |
| 32. **Wells Fargo PT Money Market Ftrnd A | A | Interest | O | T | | | | | |
| 33. Stanley Black & Decker Corp.: Common | B | Dividend | L | T | | | | | |
| 34. Bank America Corp.: Common | D | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The Boeing Co.: Common | E | Dividend | O | T | | | | | |
| 36. Campbell Soup Co.: Common | D | Dividend | N | T | | | | | |
| 37. Colgate-Palmolive Co.: Common | E | Dividend | P1 | T | | | | | |
| 38. General Electric Co,; Common | E | Dividend | P1 | T | | | | | |
| 39. The Goodyear Tire & Rubber Co :Common | A | Dividend | L | T | | | | | |
| 40. IBM Corp.: Common | D | Dividend | N | T | | | | | |
| 41. Exxon-Mobil Corp.: Common | E | Dividend | O | T | | | | | |
| 42. Kinder Morgan | B | Dividend | L | T | | | | | |
| 43. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 44. Marathon Group: Common | B | Dividend | M | T | | | | | |
| 45. Marathon Petroleum: Common | D | Dividend | N | T | | | | | |
| 46. Monsanto: Common | D | Dividend | N | T | | | | | |
| 47. Chevron Corporation: Common | E | Dividend | N | T | | | | | |
| 48. Weyerhaeuser Co,: Common | D | Dividend | M | T | | | | | |
| 49. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 50. Allstate: Common | A | Dividend | K | T | | | | | |
| 51. Delhaize Group Spons: Common | | None | | | Merged (with line 164) | 07/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Discover Financial Services: Common | A | Dividend | K | T | | | | | |
| 53. Federal Signal Corp: Common | A | Dividend | L | T | | | | | |
| 54. Hallibu1ton Co.: Common | A | Dividend | K | T | | | | | |
| 55. Morgan Stanley: Common | A | Dividend | K | T | | | | | |
| 56. 21st Century Fox | A | Dividend | J | T | | | | | |
| 57. Royal Dutch Shell: Common | F | Dividend | O | T | | | | | |
| 58. Schlumberger Ltd.: Common | D | Dividend | N | T | | | | | |
| 59. Transocean Inc.: Common | | None | J | T | | | | | |
| 60. Valhi Inc.: Commom | A | Dividend | J | T | | | | | |
| 61. Total S.A.: Common Stock | A | Dividend | J | T | | | | | |
| 62. Springtree Associates Partnership: 1% Interest (Columbia, SC) | A | Rent | | | Sold | 03/31/16 | L | F | |
| 63. | A | Interest | | | | | | | |
| 64. Wells Fargo Bank Account | A | Interest | M | T | | | | | |
| 65. First Citizens Bank Account | A | Interest | N | T | | | | | |
| 66. NBSC Money Market Account | A | Interest | M | T | | | | | |
| 67. BB&T Money Market Account | A | Interest | M | T | | | | | |
| 68. South State Bank | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TD Bank Money Market Account | A | Interest | M | T | | | | | |
| 70. Minnesota Mutual Whole Life Insurance Policy | A | Dividend | M | T | | | | | |
| 71. John Hancock Whole Life Insurance Policy | A | Dividend | M | T | | | | | |
| 72. Merrill Lynch SEP Contains: | | | | | | | | | |
| 73. **Merrill Lynch SEP Cash Accounts | A | Dividend | J | T | | | | | |
| 74. **Chevron Corp: Common | D | Dividend | M | T | | | | | |
| 75. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 76. **Wells Fargo Cash accounts | A | Interest | J | T | | | | | |
| 77. ** Ainerican Century Tax Free Bond | A | Dividend | K | T | Sold (part) | 01/21/16 | J | A | |
| 78. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 79. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 80. | | | | | Sold (part) | 08/24/16 | J | A | |
| 81. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 82. ** AQR Managed Futures | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 83. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 84. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 85. **Artisan Mid Cap Fund | A | Dividend | J | T | Buy (add'l) | 04/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/24/16 | J | A | |
| 87. ** ASG Global Alternatives | A | Dividend | J | T | Buy (add'l) | 04/25/16 | J | | |
| 88. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 89. **Credit Suisse Commodity | | None | J | T | Sold (part) | 08/24/16 | J | A | |
| 90. | | | | | Sold (part) | 12/14/16 | J | A | |
| 91. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 92. | A | Distribution | | | Sold (part) | 04/21/16 | J | A | |
| 93. | | | | | Sold (part) | 05/12/16 | J | A | |
| 94. | | | | | Sold (part) | 08/24/16 | J | B | |
| 95. **Dreyfus Tax Exempt | A | Interest | J | T | | | | | |
| 96. **Eaton Vance Global | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 97. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 98. **Fidelity Emerging Markets | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 99. | A | Distribution | | | Buy (add'l) | 08/26/16 | J | | |
| 100. **Harbor Capital Appreciation Fund | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 101. | B | Distribution | | | Sold (part) | 04/21/16 | J | A | |
| 102. | | | | | Buy (add'l) | 08/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L.. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 104. | | | | | Sold (part) | 10/05/16 | J | A | |
| 105. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 106. | A | Distribution | | | Sold (part) | 04/21/16 | J | A | |
| 107. | | | | | Sold (part) | 08/24/16 | J | A | |
| 108. **The Merger Fund Class International | | None | J | T | Buy (add'l) | 08/26/16 | J | | |
| 109. **MFS Value Fund | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 110. | A | Distribution | | | Sold (part) | 04/21/16 | J | A | |
| 111. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 112. **Neuberger Bennan Long Short Fund | | None | J | T | Sold (part) | 01/21/16 | J | A | |
| 113. | | | | | Sold (part) | 08/26/16 | J | A | |
| 114. **Nuveen High Yield Muni | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 115. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 116. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 117. **Nuveen International Duration | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 118. | A | Distribution | | | Buy (add'l) | 04/25/16 | J | | |
| 119. | | | | | Buy (add'l) | 05/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L.. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/24/16 | J | A | |
| 121. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 122. **Nuveen Limited Term Muni | A | Dividend | K | T | Sold (part) | 01/21/16 | J | A | |
| 123. | | | | | Sold (part) | 04/21/16 | J | A | |
| 124. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 125. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 126. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 127. **Oppenheimer Developing Markets Fund Class I | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 128. | | | | | Sold (part) | 04/21/16 | J | A | |
| 129. | | | | | Sold (part) | 08/24/16 | J | A | |
| 130. **SPDR DJ Wilshire International | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 131. | | | | | Sold (part) | 04/25/16 | J | A | |
| 132. | | | | | Sold (part) | 08/26/16 | J | A | |
| 133. | | | | | Sold (part) | 10/06/16 | J | A | |
| 134. **T Rowe Price Institutional Float | A | Dividend | J | T | Buy (add'l) | 04/25/16 | J | | |
| 135. **Vanguard REIT Viper | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 136. | | | | | Sold (part) | 04/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold (part) | 08/26/16 | J | A | |
| 138. | | | | | Sold (part) | 10/06/16 | J | A | |
| 139. **American Centmy Small Cap Growth Fund | | None | J | T | Buy (add'l) | 01/25/16 | J | | |
| 140. | | | | | Sold (part) | 05/12/16 | J | A | |
| 141. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 142. **Artisan International Fund #662 | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 143. | | | | | Sold (part) | 05/12/16 | J | A | |
| 144. | | | | | Sold (part) | 08/24/16 | J | A | |
| 145. **Blackrock Global Long/Short Credit Fund | | None | J | T | Buy (add'l) | 04/25/16 | J | | |
| 146. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 147. **iShares Russell Mid Cap | | None | | | Sold | 01/25/16 | J | A | |
| 148. **Streling Stratton Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 149. | A | Distribution | | | Sold (part) | 04/25/16 | J | A | |
| 150. | | | | | Sold (part) | 05/12/16 | J | A | |
| 151. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 152. **T Rowe Price Real Estate Fund | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |
| 153. **Federated Government Obligations | A | Interest | J | T | Buy | 09/01/16 | J | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 155. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 156. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 157. **Invesco Balanced Risk Commodity Strategy | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 158. **JP Morgan High Yield Fund | A | Dividend | J | T | Buy (add'l) | 04/25/16 | J | | |
| 159. | | | J | T | Buy (add'l) | 08/26/16 | J | | |
| 160. **PIMCO Commodity Real RET Strategy | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 161. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 162. **Wells Fargo Cash Accounts | | None | J | T | | | | | |
| 163. **US Treasury Bill due 05/26/16 | C | Interest | | | Redeemed | 05/26/16 | P1 | A | |
| 164. **US Treasury Bill due 01/05/17 | | None | P1 | T | Buy | 07/05/16 | P1 | | |
| 165. AT&T STOCK | A | Dividend | J | T | | | | | |
| 166. NEWSCORP STOCK | A | Dividend | J | T | | | | | |
| 167. AHOLD DELHAIZE | A | Dividend | K | T | Open | 07/24/16 | K | | |
| 168. Regions Bank | A | Interest | J | T | Open | 06/30/16 | M | | |
| 169. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Henderoson, Karen L. | 09/05/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Henderoson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544